UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JODI A. KARLSON and ROBERT KARLSON,

    Plaintiffs,

QUARTZ HEALTH PLAN CORPORATION,

    Involuntary Plaintiff,

v.

Case No. 2:25-cv-1658

STARBUCKS CORPORATION, ABC CORPORATION(S)
DEF CORPORATION(S), and XYZ COMPANY(S),

    Defendants.

## NOTICE OF REMOVAL

**NOW COMES** Defendant Starbucks Corporation dba Starbucks Coffee Company (incorrectly identified as Starbucks Corporation) ("Defendant" and/or "Starbucks"), by and through its undersigned attorneys, MWH Law Group LLP, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and hereby files a Notice of Removal regarding the removal of the above-captioned cause of action from Walworth County Circuit Court to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division ("District Court").

In support thereof, Defendant states the following:

1. This action was originally filed by Plaintiffs against Defendant on or about September 22, 2025, in Walworth County Circuit Court, entitled *Jodi A. Karlson and Robert Karlson, Plaintiffs, and Quartz Health Plan Corporation, Involuntary Plaintiff, v. Starbucks Corporation, ABC Corporation(s), DEF Corporation(s), and XYZ Corporation(s), Defendants,*

Case No. 2025CV000758. Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint is attached as **Exhibit No. A**.

2. Personal service was made upon Defendant's Registered Agent on or about September 26, 2025. A copy of the respective Service of Process is attached as **Exhibit No. B**.

3. This case may be removed from Walworth County Circuit Court to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1332. The United States District Court has original jurisdiction over the litigation filed in state court on the basis of the diversity of the parties.

4. This is a civil action in which Plaintiffs Jodi A. Karlson and Robert Karlson, who are both citizens of Wisconsin, claim they are entitled to damages resulting from an alleged incident at a Starbucks store located at 281 N. Edwards Blvd., Lake Geneva, Wisconsin on or about May 1, 2023, where Plaintiff Jodi A. Karlson claims she sustained permanent injuries and damages, including past and future pain, suffering and disability and loss of enjoyment of life; past and future medical expenses; and other compensable injuries **(Exhibit A, ¶¶ 12 and 18)** while her husband, Robet Karlson, is claiming to have suffered loss of society and companionship of his wife and will continue to sustain damages as the result of the injuries sustained by his wife, in an amount to be determined at a trial as a result of an alleged slip and fall while at Starbucks **(Exhibit A, ¶¶ 20).** The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

5. Defendant Starbucks is incorporated in and has its principal place of business in Seattle, Washington, and is deemed to be a citizen of Washington pursuant to 28 U.S.C. § 1332(c)(1).

6. Involuntary Plaintiff Quartz Health Plan Corporation is a citizen of Wisconsin and is named as an Involuntary Plaintiff solely based upon its payments on behalf of Plaintiff Jodi A. Karlson for medical, hospital, and/or disability expenses incurred allegedly as a result of the incident which is the subject of Plaintiffs' Complaint. As such, Quartz Health Plan Corporation is a nominal party in this action as opposed to a real party in interest. A party is a nominal party if there is no reasonable basis for predicting that it will be held liable. *Vandervest v. Wisconsin Cent.*, 936 F. Supp. 601 (E.D. WI, 1996) (holding that State Farm and WEA, as insurers of the plaintiffs who were named as defendants solely to protect their respective subrogated interests do not fall within the purview of Wis. Stat. §§ 632.24 or 803.04(2) and are not otherwise real parties in interest). However, should the Court consider Involuntary Plaintiff Quartz Health Plan Corporation a real party in interest, complete diversity still exists as it is deemed to be a citizen of Wisconsin pursuant to 28 U.S.C. § 1332(c)(1).

7. The time for filing this notice of removal has not expired, because thirty (30) days have not elapsed from September 26, 2025, the date which Defendant was personally served with the Summons and Complaint.

8. Counsel that has appeared on behalf of Plaintiff in Walworth County Circuit Court is:

>Habush Habush & Rottier S.C.
>Christopher A. Duesing
>SBN 1025613
>851 Park Drive, Ste. 102
>Lake Geneva, WI 53147
>Phone: (262) 248-5200
>cduesing@habush.com

9. This Notice of Removal is being served upon Plaintiffs' counsel by the state court's electronic document management/electronic filing ("EDMS") which will send notification of such filing to all attorneys of record.

**WHEREFORE**, Defendant gives notice that the above-captioned action, now pending against them in Walworth County Circuit Court, is being removed therefrom to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division.

Dated October 27, 2025.

        **MWH LAW GROUP LLP**
        Attorneys for Starbucks Corporation dba Starbucks Coffee Company

        By: *Electronically signed by Carlos R. Pastrana*
        Carlos R. Pastrana
        SBN 1088286
        Fernando M. Mihaic
        SBN 1125964
        735 N. Water Street, Suite 610
        Milwaukee, WI 53202
        Telephone: (414) 436-0353
        Facsimile: (414) 436-0354
        carlos.pastrana@mwhlawgroup.com
        fernando.mihaic@mwhlawgroup.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 27, 2025, a copy of this document was served upon all parties in the above cause by the **electronic document management system ("CM/ECF")**, which will send notification of such filing to all attorneys of record.

**Attorneys for Plaintiffs Jodi A. Karlson and Robert Karlson**
Habush Habush & Rottier S.C.
Christopher A. Duesing
SBN 1025613
851 Park Drive, Ste. 102
Lake Geneva, WI 53147
Phone: (262) 248-5200
cduesing@habush.com


**Registered Agent for Involuntary Plaintiff Quartz Health Plan**
Quartz Health Solutions, Inc.
Kristie Breunig
SBN 1047143
2650 Novation Parkway
Fitchburg, WI 53713
Phone (608) 643-1402
kristie.breunig@quartzbenefits.com

                                      */s/ Paiton J. Robertson*